The Honorable Kymberly K. Evanson

UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

| | |
|---|---|
| AMAZON.COM, INC., a Delaware corporation; and AMAZON.COM SERVICES LLC, a Delaware limited liability company,<br><br>Plaintiffs,<br><br>v.<br><br>PROLOY PONDIT; and DOES 1-20, d/b/a Bigboostup.com,<br><br>Defendants. | No. 2:24-cv-01756-KKE<br><br>**DECLARATION OF SCOTT COMMERSON IN SUPPORT OF PLAINTIFFS'** ***EX PARTE*** **MOTION FOR EXPEDITED DISCOVERY** |

I, Scott Commerson, declare and state as follows:

1. I am a partner at Davis Wright Tremaine LLP and represent Plaintiffs Amazon.com, Inc. and Amazon.com Services LLC (collectively, "Amazon") in the above-captioned matter. I am over 18 years of age. I make this declaration based on my personal knowledge and if called upon could testify under oath to the facts in this declaration.

2. Amazon works with outside counsel, including our firm, to hold bad actors who engage in fake reviews schemes accountable through civil enforcement actions, such as in the present case.

3. As outside counsel managing many of Amazon's civil enforcement actions against bad actors engaged in fraud targeting Amazon, I am familiar with Amazon's use of third-party discovery to identify and locate bad actors. In numerous actions my firm has handled, we

DECLARATION OF SCOTT COMMERSON - 1
(2:24-cv-01756-KKE)

Davis Wright Tremaine LLP
920 Fifth Avenue, Suite 3300
Seattle, WA 98104-1640
206.622.3150 main · 206.757.7700 fax

have identified bad actors responsible for illicit and deceptive schemes targeting Amazon, and we amended Amazon's pleadings to name those defendants. For example, in *Amazon.com v. Yong*, 2021 WL 1237863, at *2-3 (W.D. Wash. April 2, 2021), the court granted Amazon's *ex parte* motion for expedited discovery to identify bad actors who sold certain counterfeit products in the Amazon.com store. Amazon then amended the pleadings to name a defendant based on information obtained from such discovery. *See Amazon.com v. Yong*, 2:21-cv-00170-RSM, Dkt. 28 (amended complaint).

4. In the present action, Amazon alleges that Defendants operated the website Bigboostup.com ("BigBoostUp" or "Website"), which advertised and sold fake product reviews to bad actors operating Amazon selling accounts. Amazon has attempted to uncover Defendants' true identities and locations by: (1) working with private outside investigators, and (2) searching both specialized investigative databases and public records, including the Website itself.

5. Through extensive investigation, Amazon uncovered that Defendant Proloy Pondit was responsible for the Website and determined that he likely resides in Dhaka, Bangladesh, based on Mr. Pondit's disclosures on his LinkedIn profile and his association with a bank account linked to the Website. Despite its best efforts, Amazon has been unable to determine a current physical address for Mr. Pondit, and Amazon has not been able to confirm the identities of other bad actors involved in the operation of the Website.

6. Amazon's investigation revealed that the individuals responsible for BigBoostUp created and maintained a financial account with First Century Bank, N.A. ("First Century"), to receive funds from their fake review scheme. Amazon's investigator communicated with the bad actors and obtained details of a bank account maintained at First Century. In my experience handling multiple cases involving similar fact patterns, I believe that records from First Century will likely disclose, among other things, the names and addresses of the holders of the bank account associated with the Website, as well as deposits and withdrawals of funds to and from such bank account, which may help determine Defendants' locations.

DECLARATION OF SCOTT COMMERSON - 2
(2:24-cv-01756-KKE)

Davis Wright Tremaine LLP
920 Fifth Avenue, Suite 3300
Seattle, WA 98104-1640
206.622.3150 main · 206.757.7700 fax

7. In addition, based on my prior experience serving subpoenas on First Century, I believe it is likely that First Century is acting as an automated clearinghouse ("ACH") for the virtual payment service provider Payoneer Global Inc. ("Payoneer"). In prior actions in which my firm has subpoenaed First Century, it responded that the records requested within the subpoena were created and maintained by Payoneer, as part of a "special use" account opened exclusively to receive ACH funds. Payoneer, in turn, has confirmed that it will accept subpoenas related to First Century accounts. Our firm then proceeded to issue subpoenas to Payoneer, and Payoneer produced documents regarding the subject accounts. Consequently, because we anticipate that First Century may be acting as an automated clearinghouse for Payoneer, Amazon is seeking permission to serve subpoenas *duces tecum* on both First Century and Payoneer in order to identify and locate the relevant accountholders connected to the Website.

8. Amazon's investigation further revealed that Defendants used the domain registrar Namecheap, Inc. ("Namecheap") to register the domain name Bigboostup.com. Namecheap's records will likely disclose, among other things, the names and contact information that Defendants provided when they registered the domain, the internet protocol addresses from which Defendants logged into their account to maintain the domain, and Defendants' payment information in connection with purchasing the domain.

9. Amazon's investigation revealed that Mr. Pondit registered and maintained an account on the professional networking website operated by LinkedIn Corporation ("LinkedIn"). LinkedIn's records will likely disclose, among other things, the contact information that Mr. Pondit provided LinkedIn when he registered the account, as well as the internet protocol addresses from which Mr. Pondit logged into the account. This information will assist Amazon in locating Mr. Pondit.

10. The subject subpoenas will be narrowly tailored to seek documents concerning the identities and locations of Defendants and of the bad actors involved in their scheme. The subpoenas are intended to uncover crucial information about Defendants' fake reviews operation

DECLARATION OF SCOTT COMMERSON - 3
(2:24-cv-01756-KKE)

Davis Wright Tremaine LLP
920 Fifth Avenue, Suite 3300
Seattle, WA 98104-1640
206.622.3150 main · 206.757.7700 fax

and the individuals behind it in order to hold Defendants and their conspirators legally accountable for their misconduct.

I declare under penalty of perjury that the foregoing is true and correct to the best of my knowledge.

EXECUTED this 6th day of December, 2024, at Los Angeles, California.

_Scott C_
Scott Commerson

DECLARATION OF SCOTT COMMERSON - 4
(2:24-cv-01756-KKE)

Davis Wright Tremaine LLP
920 Fifth Avenue, Suite 3300
Seattle, WA 98104-1640
206.622.3150 main · 206.757.7700 fax